IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-0267-01-CR-W-DW |
| ) | |
| GARNELL JOHNSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation denying Defendant's Motion to Suppress Evidence. (Doc. 33) Defendant filed objections to the Report and Recommendation. (Doc. 37). After an independent review of the record, applicable law and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made part of this Order, and DENIES Defendant's Motion to Suppress. (Doc. 22).

IT IS SO ORDERED.

Date: February 13, 2007         /s/ DEAN WHIPPLE
                                Dean Whipple
                                United States District Court